UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL HERNANDEZ, | Case No. 15-cv-00796-JST |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| FRANK PEREIRA, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | March 18, 2016 |
| Fact discovery cut-off | September 30, 2016 |
| Expert disclosures | October 21, 2016 |
| Expert rebuttal | November 11, 2016 |
| Expert discovery cut-off | December 2, 2016 |
| Deadline to file dispositive motions | December 23, 2016 |
| Pretrial conference statement due | March 14, 2017 |
| Pretrial conference | March 24, 2017 at 2:00 p.m. |
| Trial | April 17, 2017 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Eight |

The parties may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties are referred to the Court's mediation program. Mediation must be completed by February 17, 2017.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: March 25, 2016

_____
JON S. TIGAR
United States District Judge