UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL HERNANDEZ,

    Plaintiff,

v.

FRANK PEREIRA, et al.,

    Defendants.

Case No. 15-cv-00796-JST

**ORDER APPOINTING COUNSEL**

Plaintiff Daniel Hernandez having requested and being in need of counsel to assist him/her in this matter, and volunteer attorneys being willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Vincent Barredo and Mortimer Hartwell are hereby appointed as counsel for Plaintiff in this matter.

The scope of this referral shall be for:

- ___ all purposes for the duration of the case
- ___ the limited purpose of representing the litigant in the course of:
    - ___ mediation
    - ___ early neutral evaluation
    - _X_ settlement conference
    - ___ briefing ___ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
    - ___ discovery as follows:
    - ___ other:

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED**.

Dated: June 13, 2016

_____
JON S. TIGAR
United States District Judge