United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK PEREIRA, et al.,<br><br>　　　　Defendants. | Case No.15-cv-00796-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 51 |

The parties settled this case after a conference with Judge Westmore on January 25, 2017. ECF No. 50.  On January 26, 2017, the Court issued an order directing the parties to file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation by March 13, 2017.  ECF No. 51.

As of today, the parties have not filed either document.  Accordingly, the parties are ordered to show cause why this case should not be dismissed with prejudice by March 24, 2017. If the Court does not receive a response by that date, it will dismiss the case with prejudice.

IT IS SO ORDERED.

Dated:  March 16, 2017

　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge